Rostenberg Associates, Inc., Respondent, Appellant, v. Joshua Sprayregen, Alexander Leitman, Isidore Wolff and Garth Chester Corporation, Appellants, Respondents, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs of appeal as follows: to the defendants-respondents Sprayregen and Leitman against the defendant-appellant Wolff; to the plaintiff-respondent against the defendants-appellants Sprayregen, Leitman

and Garth Chester Corporation; and to the defendant-respondent Wolff against the plaintiff-appellant. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.